# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __New York__

Jason Congilaro; Bethanne Congilaro

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 5:09-cv-1452

Crown Equipment Corporation

x **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the jury finds no cause for action as to the remaining claims of strict product liability and negligent design as to remaining defendant Crown Equipment.

All of the above pursuant to a jury verdict rendered before the Honorable Frederick J. Scullin, Jr. on April 23, 2013.

April 30, 2013          Lawrence K. Baerman
Date          Clerk

*Barbara J. Woodford*
(By) Deputy Clerk